Peter C. Kelly v. New York City Railway Company.— Motion granted.

Mary Minch v. Mail and Express Company.— Motion granted; question certified.

John O'Connor v. The City of New York.— Motion granted.

Margaret O'Connor v. The City of New York.— Motion granted.

In the Matter of Edward F. Horan.— Application for admission granted. Present order.

In the Matter of Frederick R. Roberts.— Motion denied, with ten dollars costs. Opinion per curiam.*

The People of the State of New York ex rel. Robert S. Sutliffe, Respondent, v. Moses Herrman, as Commissioner of Parks of the City of New York for the Boroughs of Manhattan and Richmond, President, and Others, Composing the Park Board of the Department of Parks of the City of New York, Appellants.— Orders affirmed, with costs and disbursements. No opinion.

James M. Elliott, Jr., Appellant, v. Martin S. Paine, Respondent.— Order affirmed, with costs and disbursements. No opinion.

Luke Rowan, Appellant, v. Interurban Street Railway Company, Respondent. — Judgment and order affirmed, with costs. No opinion.

Thomas A. Ennis and Charles F. Stoppani, Composing the Firm of Ennis & Stoppani, Respondents, v. Clara A. Grover, Appellant.— Judgment affirmed, with costs, on the opinion of the court below. (Reported in 53 Misc. Rep. 66.)

Canadian Bank of Commerce, Respondent, v. United States Fidelity and Guaranty Company, Appellant.— Judgment affirmed, with costs. No opinion.

Stephens & Conrow Company, Respondent, v. The American Ink Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

In the Matter of the Application of Lydia A. Hodge, Appellant, for an Order Vacating and Setting Aside an Attempted Levy under a Warrant of Attachment. Adolph S. Lowenthal and The Sheriff of the County of New York, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion.

James Talcott, Appellant, v. James N. Wallace and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edward T. Thomson, Appellant, v. George B. McClellan and Others, as Members of the Board of Estimate and Apportionment of the City of New York, Respondents.— Judgment affirmed, with costs. No opinion.

Charles H. Barson and Mary Matilda Barson, Respondents, v. Agnes K. Murphy Mulligan and William G. Mulligan, Appellants.— Judgment and orders affirmed, with costs. No opinion.

The Pennsylvania Steel Company, Respondent, Appellant, v. Title Guarantee and Trust Company, Appellant, Impleaded with Star Holding Company and Others, Respondents, and Others.— Judgment affirmed, with costs to plaintiff, respondent, on the opinion of Leventritt, J., in the court below. (Patterson. P. J., concurring in result.) Settle order on notice. (Reported in 50 Misc. Rep. 51.)

Peter B. Bradley, Respondent, v. Charles Sweeny, Appellant. (Action No. 4.) — Order affirmed, with ten dollars costs and disbursements. No opinion.

* Opinion not furnished reporter, not being intended for publication.— [REP.